Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 15−12914−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Qamar B Rasheed
   aka Qamar B. Baaith Rasheed, aka Candice
   Guinyard, aka Qamar Bint Aquell Abdul
   Baaith Rasheed
   3155 Alabama Road
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3717

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       8/11/16  
Time:       02:00 PM  
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)  
Ronald E. Norman, Debtor's Attorney, period: 2/20/2015 to 7/14/2016

COMMISSION OR FEES  
Fees: $1,100.00

EXPENSES  
$15.40

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 21, 2016  
JJW:

James J. Waldron
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 15-12914-ABA
Qamar B Rasheed                                                      Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jul 21, 2016
                              Form ID: 137                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db             +Qamar B Rasheed,    3155 Alabama Road,    Camden, NJ 08104-3143
515556524       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515338904      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515338905      +CCMUA,   1645 Ferry Avenue,    Camden, NJ 08104-1360
515409441       CITY OF CAMDEN,   c/o OFFICE OF CITY ATTORNEY,    RM 419 CITY HALL,    CAMDEN, NJ 08101
515338906      +City of Camden,   Dept. of Tax,    520 Market Street, 1st Floor,    Camden, NJ 08102-1300
515338908       Clearchoice,    1981 S     H     R,   Reading, PA 19610
515338907      +Clearchoice,    1981 State Hill Road,    Reading, PA 19610-1605
515338910      +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338909      +Cooper University Physician,    Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
515338913      +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
515338917      +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
515338919      +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
515338920       PA Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
515338921      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
515338923      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338926      +Southern Management,    Po Box 149966,    Orlando, FL 32814-8966
515557757      +US BANK NATIONAL ASSOCIATION (TRUSTEE FOR PA HOUSI,    INDENTURE DATED AS OF APRIL 1, 1982),
                 PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
515526402      +US BANK NATIONAL ASSOCIATION, Et Al.,    Kivitz, McKeever, Lee, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515456354       US Dept of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
515338929      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
515338930      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2016 22:42:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2016 22:42:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515557365      +E-mail/Text: g20956@att.com Jul 21 2016 22:43:35      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
515338903      +E-mail/PDF: recoverybankruptcy@afninet.com Jul 21 2016 22:51:43      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
515457871       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 22:57:32
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
515354160       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 22:57:42
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515338914      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2016 22:43:53      Credit Coll,
                 Po Box 9133,    Needham, MA 02494-9133
515338915      +E-mail/Text: bknotice@erccollections.com Jul 21 2016 22:42:59      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515338916      +E-mail/Text: bankruptcy@icsystem.com Jul 21 2016 22:43:32      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
515338918      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2016 22:42:54      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
515532947      +E-mail/Text: marlene.perfeito@pseg.com Jul 21 2016 22:42:01      PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515338922      +E-mail/Text: bankruptcy@phila.gov Jul 21 2016 22:43:24      Philadelphia Dept. of Revenue,
                 Municipal Services Bldg.,    1401 JFK Boulevard, Concorse Level,    Philadelphia, PA 19102-1613
515338928      +E-mail/Text: bankruptcydepartment@tsico.com Jul 21 2016 22:43:45      Transworld Sys Inc/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515405421       City of Camden Department of Revenue & Collections
515338911*     +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338912*     +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338924*     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338925*     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338927*     +Southern Management,    Po Box 149966,    Orlando, FL 32814-8966
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Jul 21, 2016
                               Form ID: 137               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Qamar B Rasheed ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                             TOTAL: 5
```