# Office of the Chapter 13 Standing Trustee

## Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*                                              *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*                                *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*                                    *Jenai M. Cerquoni\**
                                                                         *\*Certified Bankruptcy Assistant*
                                                                         *†Fellow, American College of Bankruptcy*

August 4, 2016

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy
        Debtor(s) Name:         Qamar B. Rasheed
        Case No:                15-12914   ABA
        Hearing Date:           N/A

Dear Judge Altenburg:

Please accept this letter as a response to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application indicates decreased monthly Trustee payments going forward; which should not be addressed through a fee application. However, a Trustee's Certification of Default and Modified Plan hearing is scheduled for September 14, 2016. Therefore, the Trustee respectfully requests that the proposed form of order is amended to remove the proposed modified payments listed. In the event the Trustee withdraws the certification of default and recommends confirmation of the modified plan, the supplemental attorney fee will be taken into consideration with the confirmed modified plan payments going forward.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

ISABEL C. BALBOA
Chapter 13 Standing Trustee

ICB:lka

c:     Ronald E. Norman, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing / ECF)
       Qamar B. Rasheed   (Debtor)    (Via Regular Mail)

Cherry Tree Corporate Center                                              Payments Only:
535 Route 38
Suite 580                                                                 P.O. Box 1978
Cherry Hill, NJ 08002                                                     Memphis, TN 38101-1978
(856) 663-5002