UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E Norman, LLC
Ronald E. Norman, Esquire
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on August 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Qamar B. Rasheed

Case No.: __15-12914__

Chapter: 13

Judge: _____ABA_____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Ronald E. Norman _____, the applicant, is allowed a fee of $ _____ 900.00 _____ for services rendered and expenses in the amount of $ _____ 15.40 _____ for a total of $ _____ 915.40 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

# ADDEMDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

## 15-12914-ABA

**IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - <u>Not to exceed three</u>.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

■ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules or List of Creditors, not $100 each.

■ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.