Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  15−12914−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Qamar B Rasheed
    aka Qamar B. Baaith Rasheed, aka Candice
    Guinyard, aka Qamar Bint Aquell Abdul
    Baaith Rasheed
    3155 Alabama Road
    Camden, NJ 08104

Social Security No.:
    xxx−xx−3717

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 28, 2015.

    On September 13, 2016, the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               October 26, 2016
Time:              09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 15, 2016
JJW: jpl

James J. Waldron
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 15-12914-ABA
Qamar B Rasheed                                           Chapter 13
        Debtor
                         CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Sep 15, 2016
                              Form ID: 185             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db           +Qamar B Rasheed,    3155 Alabama Road,    Camden, NJ 08104-3143
515556524     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA 90051-5478
515338904    +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515338905    +CCMUA,   1645 Ferry Avenue,    Camden, NJ 08104-1360
515409441     CITY OF CAMDEN,   c/o OFFICE OF CITY ATTORNEY,    RM 419 CITY HALL,    CAMDEN, NJ  08101
515338906    +City of Camden,   Dept. of Tax,    520 Market Street, 1st Floor,    Camden, NJ 08102-1300
515338908     Clearchoice,   1981 S    H    R,   Reading, PA 19610
515338907    +Clearchoice,   1981 State Hill Road,    Reading, PA 19610-1605
515338910    +Cnvrgt Hthcr,   124 Sw Adams St,    Peoria, IL 61602-1320
515338909    +Cooper University Physician,    Convergent Healthcare Recoveries,    PO Box 1289,
               Peoria, IL 61654-1289
515338913    +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
515338917    +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
515338919    +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
515338920     PA Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
515338921    +Penn Credit,   916 S 14th St,    Harrisburg, PA 17104-3425
515338923    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338926    +Southern Management,    Po Box 149966,   Orlando, FL 32814-8966
515557757    +US BANK NATIONAL ASSOCIATION (TRUSTEE FOR PA HOUSI,     INDENTURE DATED AS OF APRIL 1, 1982),
               PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
515526402    +US BANK NATIONAL ASSOCIATION, Et Al.,    Kivitz, McKeever, Lee, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515456354     US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
515338929    +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860
515338930    +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2016 23:12:22      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2016 23:12:19      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515557365     +E-mail/Text: g20956@att.com Sep 15 2016 23:13:02      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ 07921-2693
515338903     +E-mail/Text: EBNProcessing@afni.com Sep 15 2016 23:12:30      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
515457871      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2016 23:08:19
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
515354160      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2016 23:08:45
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
516332723     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:51
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
516335884     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:51      City of Philadelphia,
               Water Revenue Bureau,   1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1611
515338914     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 15 2016 23:13:13      Credit Coll,
               Po Box 9133,   Needham, MA 02494-9133
515338915     +E-mail/Text: bknotice@erccollections.com Sep 15 2016 23:12:25      Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
515338916     +E-mail/Text: bankruptcy@icsystem.com Sep 15 2016 23:13:00      I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
515338918     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2016 23:12:18      Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
515532947     +E-mail/Text: bankruptcy@pseg.com Sep 15 2016 23:11:39      PSE&G,    PO Box 490,
               Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
515338922     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:51      Philadelphia Dept. of Revenue,
               Municipal Services Bldg.,   1401 JFK Boulevard, Concorse Level,    Philadelphia, PA 19102-1613
515338928     +E-mail/Text: bankruptcydepartment@tsico.com Sep 15 2016 23:13:07      Transworld Sys Inc/09,
               507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515405421      City of Camden Department of Revenue & Collections
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Sep 15, 2016
                               Form ID: 185             Total Noticed: 37

515338911*      +Cnvrgt Hthcr,   124 Sw Adams St,   Peoria, IL 61602-1320
515338912*      +Cnvrgt Hthcr,   124 Sw Adams St,   Peoria, IL 61602-1320
515338924*      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338925*      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338927*      +Southern Management,    Po Box 149966,   Orlando, FL 32814-8966
                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman   on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Qamar B Rasheed ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                    TOTAL: 5
```