**Last revised 12/1/11**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:   15-12914 |
| Qamar B. Rasheed | Judge:   ABA |
| | Chapter:   13 |
| Debtor(s) | |

## Chapter 13 Plan and Motions

❏ Original      ☑ Modified/Notice Required      ☑ Discharge Sought

❏ Motions Included      ❏ Modified/No Notice Required      ❏ No Discharge Sought

Date:  September 12, 2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:   Payment and Length of Plan

a. The debtor shall pay $ __118.00__ per __month__ to the Chapter 13 Trustee, starting on __October 1, 2016__ for approximately __41 of 60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

     ☑ Future earnings

     ❏ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:

      ❏ Sale of real property

      Description:

      Proposed date for completion: _____

      ❏ Refinance of real property:

      Description:

      Proposed date for completion: _____

      ❏ Loan modification with respect to mortgage encumbering property:

      Description:

      Proposed date for completion: _____

    d. ❏ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ❏ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel Balboa, Trustee | Administrative | as allowed |
| Ronald E. Norman, Esquire | Administrative | $3,200.00 |
| Ronald E. Norman, Esquire | Administrative-supplemental fees | $915.40 |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

3

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| City of Camden, Dept. of Tax<br>CCMUA<br>U.S. Bank National Association (trustee for PA Housing Finance Authority)<br>Philadelphia Dept. of Revenue<br>Water Revenue Bureau | 624 Bailey Street, Camden, NJ<br>624 Bailey Street, Camden, NJ<br>845 E. Tioga St., Phila, PA 19134<br>845 E. Tioga St., Phila, PA 19134<br>845 E. Tioga St., Phila, PA 19134 | $8,000.00<br>$8,000.00<br>$50,000.00<br>$50,000.00<br>$50,000.00 | $13,683.32<br>$6,500.00<br>$25,151.49<br>$0.00<br>$218.99 |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

NONE

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

❏ Not less than $ _____ to be distributed *pro rata*

❏ Not less than _____ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

| Part 6: | Executory Contracts and Unexpired Leases | |
|---|---|---|
| All executory contracts and unexpired leases are rejected, except the following, which are assumed: | | |
| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|  |  |  |

**Part 7:  Motions**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served.

Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The  proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan.

  a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

- ☑ Upon confirmation
- ❏ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Ronald E. Norman, Esquire
3) Unsecured Creditor
4) _____

**d. Post-Petition Claims**

The Trustee ❏ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____5/31/16_____

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to list Water Revenue Bureau under Surrender section of plan due to the fact property located at 845 E. Tioga St., Phila, PA 19134 is being surrendered. | Listed Water Revenue Bureau under surrender section of plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date:  9-12-16                                    /s/ Ronald E. Norman
                                                  Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:  9-12-16                                    /s/ Qamar B. Rasheed
                                                  Debtor

Date: _____                       _____
                                                  Joint Debtor

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                     Case No. 15-12914-ABA
Qamar B Rasheed                                                            Chapter 13
           Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                   Date Rcvd: Sep 15, 2016
                              Form ID: pdf901               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db             +Qamar B Rasheed,    3155 Alabama Road,    Camden, NJ 08104-3143
515556524       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515338904      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515338905      +CCMUA,   1645 Ferry Avenue,    Camden, NJ 08104-1360
515409441       CITY OF CAMDEN,   c/o OFFICE OF CITY ATTORNEY,    RM 419 CITY HALL,    CAMDEN, NJ  08101
515338906      +City of Camden,   Dept. of Tax,    520 Market Street, 1st Floor,    Camden, NJ 08102-1300
515338908       Clearchoice,    1981 S     H     R,    Reading, PA 19610
515338907      +Clearchoice,    1981 State Hill Road,    Reading, PA 19610-1605
515338910      +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338909      +Cooper University Physician,    Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
515338913      +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
515338917      +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
515338919      +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
515338920       PA  Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
515338921      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
515338923      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338926      +Southern Management,    Po Box 149966,    Orlando, FL 32814-8966
515557757      +US BANK NATIONAL ASSOCIATION (TRUSTEE FOR PA HOUSI,     INDENTURE DATED AS OF APRIL 1, 1982),
                 PHFA Loan Servicing Division,     211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
515526402      +US BANK NATIONAL ASSOCIATION, Et Al.,     Kivitz, McKeever, Lee, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515456354       US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
515338929      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
515338930      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2016 23:12:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2016 23:12:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515557365      +E-mail/Text: g20956@att.com Sep 15 2016 23:13:02      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
515338903      +E-mail/Text: EBNProcessing@afni.com Sep 15 2016 23:12:30      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
515457871       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2016 23:08:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515354160       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2016 23:08:44
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
516332723      +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:52
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
516335884      +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:52      City of Philadelphia,
                 Water Revenue Bureau,    1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1611
515338914      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 15 2016 23:13:13      Credit Coll,
                 Po Box 9133,    Needham, MA 02494-9133
515338915      +E-mail/Text: bknotice@erccollections.com Sep 15 2016 23:12:25      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515338916      +E-mail/Text: bankruptcy@icsystem.com Sep 15 2016 23:13:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
515338918      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2016 23:12:18      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
515532947      +E-mail/Text: bankruptcy@pseg.com Sep 15 2016 23:11:39      PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515338922      +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 23:12:52      Philadelphia Dept. of Revenue,
                 Municipal Services Bldg.,    1401 JFK Boulevard, Concorse Level,    Philadelphia, PA 19102-1613
515338928      +E-mail/Text: bankruptcydepartment@tsico.com Sep 15 2016 23:13:08      Transworld Sys Inc/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515405421       City of Camden Department of Revenue & Collections
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 15, 2016
                              Form ID: pdf901          Total Noticed: 37

515338911*        +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338912*        +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515338924*        +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338925*        +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515338927*        +Southern Management,    Po Box 149966,    Orlando, FL 32814-8966
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Qamar B Rasheed ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                            TOTAL: 5
```