| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Office of Ronald E Norman, LLC<br>Washington Professional Campus II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856) 374-3100 | Order Filed on November 29, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Qamar Rasheed | Case No.: 15-12914<br>Chapter: 13<br>Judge: Andrew B. Altenburg, J |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 29, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____600.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____135_____ per month for ____39 more____ months to allow for payment of the above fee.

*rev.8/1/15*