**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Qamar B Rasheed

Case No.: 15-12914

Hearing Date:

Chapter: 13

Judge: Altenburg

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** March 16, 2018 @ 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 2/16/18

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 16, 2018 this notice was served on the following: Debtor, Debtor's Attorney, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 15-12914-ABA
Qamar B Rasheed                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: Feb 16, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db              +Qamar B Rasheed,    3155 Alabama Road,    Camden, NJ 08104-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Ronald E. Norman    on behalf of Debtor Qamar B Rasheed ronaldenorman@comcast.net,
       dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                                       TOTAL: 6