Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

>Case No.: 15−12914−ABA
>Chapter: 13
>Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Qamar B Rasheed
aka Qamar B. Baaith Rasheed, aka Candice Guinyard, aka Qamar Bint Aquell Abdul Baaith Rasheed
3155 Alabama Road
Camden, NJ 08104

Social Security No.:
xxx−xx−3717

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 13, 2020

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court